■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE LIGHTFOOT, Appellant. [995 NYS2d 915]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Mullings, J.), imposed June 28, 2012, upon his conviction of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of the right to appeal was invalid (*see People v Bradshaw,* 18 NY3d 257 [2011]; *People v Lopez,* 6 NY3d 248 [2006]; *People v Brown,* 122 AD3d 133 [2014]), and thus does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Eng, P.J., Mastro, Dickerson and Leventhal, JJ., concur.